JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEAL THOMAS KEYES,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:21-cv-01779-EPG<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(ECF No. 14) |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 14-day extension of time, from  August 12, 2022 to August 26, 2022, for Plaintiff to serve on defendant with Plaintiff's Opening Brief.  All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's second request for an extension of time.  In the months of May through July 21, 2022, Counsel has received an influx of Social Security Certified Administrative Records (CAR) from the Eastern District.  A review of the records received shows Counsel has received at least 50 CARs, the majority of which were filed in June 2022.

Additionally, for the weeks of August 1, 2022 and August 8, 2022, Counsel currently has 18 merit briefs, and several letter briefs and reply briefs. Additional time is needed to thoroughly brief this matter for the Court.

Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: July 26, 2022   PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
     JONATHAN OMAR PENA
     Attorneys for Plaintiff

Dated: July 26, 2022   PHILLIP A. TALBERT
     United States Attorney
     PETER K. THOMPSON
     Acting Regional Chief Counsel, Region IX
     Social Security Administration

By:   */s/ Oscar Gonzalez de Llano
     Oscar Gonzalez de Llano
     Special Assistant United States Attorney
     Attorneys for Defendant
     (*As authorized by email on July 26, 2022)

## ORDER

Based on the above stipulation (ECF No. 14), IT IS ORDERED that Plaintiff shall file Plaintiff's motion for summary judgment no later than August 26, 2022. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated: __**July 27, 2022**__               /s/ Erica P. Grosjean
                                           UNITED STATES MAGISTRATE JUDGE