PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Oscar Gonzalez de Llano
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4818
    Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEAL THOMAS KEYES,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 1:21-cv-01779-EPG<br><br>STIPULATED MOTION AND ORDER FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 19) |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant's time for responding to Plaintiff's Motion for Summary Judgment be extended twenty-eight days (28) days from December 16, 2022 to January 13, 2023.  This is Defendant's second request for an extension.  Counsel for Plaintiff has no objection to Defendant's request for an additional extension.

    Good cause exists for this request.  Defendant respectfully requests this additional time because Counsel for Defendant has and will be unable to devote the time required to complete its response.  Counsel for Defendant currently has five (5) merit briefs currently due in district court

1

cases in the next seven (7) days.  Counsel will also be out of the office the week of December 23, 2022 – January 4, 2023.  Given this current workload and leave schedule an extension until January 13, 2023 will provide an opportunity for the undersigned Counsel for Defendant to prioritize completing the response to Plaintiff's Motion for Summary Judgment.  Furthermore, a reassignment of this matter to another staff attorney is currently not tenable given the high volume of cases that all of our limited staff is handling.  Counsel apologizes to the Court for any inconvenience caused by this delay and does not anticipate the need for any further extensions.  All other dates in the Court's Scheduling Order shall be extended accordingly.

                                                  Respectfully submitted,

                                                  PHILLIP A. TALBERT
                                                  United States Attorney

DATE: December 14, 2022          By:    *s/ Oscar Gonzalez de Llano*
                                                  OSCAR GONZALEZ DE LLANO
                                                  Special Assistant United States Attorney
                                                  Attorneys for Defendant

                                                  Respectfully submitted,

                                                  Attorneys for Plaintiff

DATE: December 14, 2022          By: *s/ Jonathan Omar Pena*  *
                                                  Jonathan Omar Pena
                                                  Pena & Bromberg
                                                  (*as authorized by email)

## ORDER

Upon review, IT IS ORDERED that stipulated motion (ECF No. 19) is granted. Defendant shall have an extension, up to and including January 13, 2023, to respond to Plaintiff's Motion for Summary Judgment. All other deadlines in the scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated: **December 15, 2022**         /s/ Erica P. Grosjean
                                                            UNITED STATES MAGISTRATE JUDGE